RONALD J. LEDAIN, Appellant, v TOWN OF ONTARIO, Respondent. [759 NYS2d 426] —Appeal from an order and judgment (one document) of Supreme Court, Wayne County (Nesbitt, J.), entered August 14, 2002, which granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Wayne County, Nesbitt, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ. [*See* 192 Misc 2d 247.]